# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1653
Lower Tribunal No. 2012-CF-0013251-A-O

_____

MARCOS RAFAEL ACEVEDO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Keith F. White, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.


Marcos Rafael Acevedo, East Palatka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED